| | |
|---|---|
| 1 | DAVID L. ANDERSON (CABN 149604)<br>United States Attorney |
| 2 | |
| 3 | HALLIE HOFFMAN (CABN 210020)<br>Chief, Criminal Division |
| 4 | ANDREW J. BRIGGS (CABN 294224)<br>Special Assistant United States Attorney |
| 5 | |
| 6 | 1301 Clay Street, Suite 340S<br>Oakland, California 94612<br>Telephone: (510) 637-3680 |
| 7 | FAX: (510) 637-3724<br>andrew.briggs@usdoj.gov |
| 8 | |
| 9 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR 19-391 HSG |
| Plaintiff, | )<br>)<br>) | STIPULATION TO EXCLUDE TIME FROM JANUARY 6, 2020 THROUGH FEBRUARY 3, 2020 AND [PROPOSED] ORDER |
| v. | ) | |
| JESSE RAHIM HALL,<br>   a/k/a Jesse Hall,<br>   a/k/a Jesse Rahim Hall II, | )<br>)<br>)<br>) | |
| Defendant. | ) | |

It is hereby stipulated by and between counsel for the United States and counsel for the defendant, Jesse Rahim Hall, that time be excluded under the Speedy Trial Act from January 6, 2020 through February 3, 2020.

At the hearing held on January 6, 2020, the government and counsel for the defendant agreed that time be excluded under the Speedy Trial Act for continuity of counsel and so that defense counsel could continue to prepare, including by reviewing with Mr. Hall potential resolution options. For these reasons and as further stated on the record at the hearing, the parties stipulate and agree that excluding time until February 3, 2020 will allow for the effective preparation of counsel and continuity of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served

by excluding the time from January 6, 2020 through February 3, 2020 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Special Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: January 6, 2020

/s/
ANDREW J. BRIGGS
Special Assistant United States Attorney

DATED: January 6, 2020

/s/
HANNI FAKHOURY
Counsel for Defendant Jesse Rahim Hall

### [PROPOSED] ORDER

Based upon the facts set forth in the stipulation of the parties and the representations made to the Court on January 6, 2020 and for good cause shown, the Court finds that failing to exclude the time from January 6, 2020 through February 3, 2020 would unreasonably deny defense counsel and the defendant continuity of counsel and the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from January 6, 2020 to February 3, 2020 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from January 6, 2020 through February 3, 2020 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: 1/7/2020

_Haywood S. Gilliam Jr._
HONORABLE HAYWOOD S. GILLIAM, JR.
United States District Judge