MOEEL LAH FAKHOURY LLP
Hanni M. Fakhoury (State Bar No. 252629)
2006 Kala Bagai Way, Suite 16
Berkeley, CA 94704
Telephone:   (510) 500-9994
Email:           hanni@mlf-llp.com

Attorneys for Jesse Hall

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESSE HALL<br><br>Defendant. | Case No.: 4:19-CR-00391-HSG<br><br>**STIPULATION AND ORDER RESETTING DETENTION HEARING, ARRAIGNMENT ON AMENDED FORM 12 PETITION AND BRIEFING SCHEDULE**<br><br>**Hearing Date:** July 12, 2024<br>**Hearing Time:** 10:30 a.m. |

A Form 12 petition was filed on May 25, 2023, alleging Mr. Hall was in violation of the terms of his probation after he was arrested and prosecuted on state charges for possessing a firearm as a felon. Dkt. 109. Mr. Hall made his initial appearance on the Form 12 in the Central District of California on May 15, 2024, after he completed his state custodial sentence for the firearm charges. The government moved for detention, and following a contested detention hearing, Mr. Hall was detained in the Central District pending his appearance in the Northern District of California. Dkt. 111.

Mr. Hall made his initial appearance in this District on June 14, 2024, at which time the government restated its position that Mr. Hall should be detained pending adjudication of the Form 12 petition. On June 25, 2024, the parties appeared for a status hearing regarding attorney appointment, preliminary revocation, and detention. Dkt. 112. At that hearing, Mr. Hall waived a

STIPULATION AND ORDER RESETTING DETENTION HEARING, ARRAIGNMENT AND BRIEFING SCHEDULE
*United States v. Hall*, 4:19-CR-00391-HSG

1

preliminary revocation hearing but requested a detention hearing. The Court set a detention hearing and arraignment on an amended Form 12 petition the U.S. Probation Office intended to file for July 12, 2024. The Court also requested the parties submit briefs regarding whether this Court could reopen or hold a new detention hearing under the Bail Reform Act given the fact Mr. Hall had been ordered detained in the Central District. The Court directed the government to file any brief on the issue by July 3, with any defense response by July 8, 2024.

The parties have since met and conferred in the hopes of reaching a resolution on the Form 12. The parties believe the conversation was fruitful but need additional time to further their discussions, particularly to allow defense counsel additional time to confer with Mr. Hall. The parties thus request the Court reset the detention hearing and arraignment on an amended Form 12 petition to July 30, 2024, at 10:30 a.m. The probation officer is available to appear on that day.

Additionally, the parties request the Court reset the briefing schedule as follows:

(1) Any government brief regarding detention to be filed by July 16, 2024

(2) Any defense response to be filed by July 23, 2024

If Mr. Hall decides to no longer seek release, the parties will file a letter or status report to notify the Court immediately. Undersigned defense counsel certifies he has obtained approval from counsel for the government to file this Stipulation and Proposed Order.

|   |   |   |
|---|---|---|
|   |   | IT IS SO STIPULATED. |

Dated:     July 2, 2024               MOEEL LAH FAKHOURY LLP

                                      /S
                                      HANNI M. FAKHOURY
                                      Attorneys for Jesse Hall

Dated:     July 2, 2024               ISMAIL J. RAMSEY
                                      United States Attorney
                                      Northern District of California

                                      /S
                                      BENJAMIN K. KLEINMAN
                                      Assistant United States Attorney

STIPULATION AND ORDER RESETTING DETENTION HEARING, ARRAIGNMENT AND BRIEFING SCHEDULE
*United States v. Hall*, 4:19-CR-00391-HSG

3

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JESSE HALL<br><br>    Defendant. | Case No.: 4:19-CR-00391-HSG<br><br>**ORDER RESETTING DETENTION HEARING, ARRAIGNMENT ON AMENDED FORM 12 PETITION AND BRIEFING SCHEDULE** |

Based on the reasons provided in the stipulation of the parties above, the Court hereby resets the detention hearing and arraignment on Amended Form 12 petition from July 12, 2024, to July 30, 2024, at 10:30 a.m. The Court amends the briefing schedule as follows:

(1) Any government brief regarding detention to be filed by July 16, 2024

(2) Any defense response to be filed by July 23, 2024

**IT IS SO ORDERED.**

DATED: July 2, 2024

_____
HONORABLE DONNA M. RYU
Chief United States Magistrate Judge