MOEEL LAH FAKHOURY LLP
Hanni M. Fakhoury (State Bar No. 252629)
2006 Kala Bagai Way, Suite 16
Berkeley, CA 94704
Telephone: (510) 500-9994
Email: hanni@mlf-llp.com

Attorneys for Jesse Hall

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESSE HALL<br><br>Defendant. | Case No.: 4:19-CR-00391-HSG<br><br>**STIPULATION AND ORDER VACATING BRIEFING SCHEDULE**<br><br>**Hearing Date:** July 30, 2024<br>**Hearing Time:** 10:30 a.m. |

A Form 12 petition was filed on May 25, 2023, alleging Mr. Hall was in violation of the terms of his probation after he was arrested and prosecuted on state charges for possessing a firearm as a felon. Dkt. 109. Mr. Hall made his initial appearance on the Form 12 in the Central District of California on May 15, 2024, after he completed his state custodial sentence for the firearm charges. The government moved for detention, and following a contested detention hearing, Mr. Hall was detained in the Central District pending his appearance in the Northern District of California. Dkt. 111.

Mr. Hall made his initial appearance in this District on June 14, 2024, at which time the government restated its position that Mr. Hall should be detained pending adjudication of the Form 12 petition. On June 25, 2024, the parties appeared for a status hearing regarding attorney appointment, preliminary revocation, and detention. Dkt. 112. At that hearing, Mr. Hall waived a preliminary revocation hearing but requested a detention hearing. The Court set a detention hearing

1 and arraignment on an amended Form 12 petition the U.S. Probation Office intended to file for July
2 12, 2024. The Court also requested the parties submit briefs regarding whether this Court could
3 reopen or hold a new detention hearing under the Bail Reform Act given the fact Mr. Hall had been
4 ordered detained in the Central District. At the request of the parties, the Court continued the
5 detention hearing and arraignment to July 30, 2024, and adjusted the briefing schedule. Dkt. 116,
6 117.

      The parties have met and conferred and have reached a resolution on the pending Form 12. Mr. Hall waives the detention hearing set for July 30, 2024. The parties hereby respectfully request the Court vacate the briefing schedule previously set as the issue of detention will now be moot.

      Undersigned defense counsel certifies he has obtained approval from counsel for the government to file this Stipulation and Proposed Order.

IT IS SO STIPULATED.

Dated: July 9, 2024      MOEEL LAH FAKHOURY LLP

      /S
HANNI M. FAKHOURY
Attorneys for Jesse Hall

Dated: July 9, 2024      ISMAIL J. RAMSEY
United States Attorney
Northern District of California

      /S
BENJAMIN K. KLEINMAN
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESSE HALL<br><br>Defendant. | Case No.: 4:19-CR-00391-HSG<br><br>**ORDER (AS MODIFIED) VACATING BRIEFING SCHEDULE AND DETENTION HEARING** |

Based on the reasons provided in the stipulation of the parties above, the Court hereby vacates the Detention Hearing set for July 30, 2024 at 10:30 a.m. and briefing schedule set on July 2, 2024. *See* Dkt. 117.

**IT IS SO ORDERED AS MODIFIED.**

DATED: July 9, 2024

_____
HONORABLE DONNA M. RYU
Chief United States Magistrate Judge

[PROPOSED] ORDER VACATING BRIEFING SCHEDULE
*United States v. Hall*, 4:19-CR-00391-HSG